UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>SANTIAGO VELAZQUEZ MARTINEZ,<br><br>　　　　　　　　Defendant. | NO:  CR-12-122-RMP<br><br>PRELIMINARY ORDER OF FORFEITURE |

**IT IS HEREBY ORDERED THAT:**

As the result of the guilty plea to Count 1 of the Indictment, charging the Defendant with Distribution of Child Pornography in violation of 18 U.S.C. § 2252A(a)(2)(A), for which the Government sought forfeiture of the below described assets, pursuant to 18 U.S.C. § 2253, Defendant, SANTIAGO VELAZQUEZ MARTINEZ, shall forfeit to the United States any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

PRELIMINARY ORDER OF FORFEITURE ~ 1

1    The Court has determined, based on the Defendant's plea agreement, that the

2 following assets are subject to forfeiture pursuant to 18 U.S.C. § 2253, and that the

3 government has established the requisite nexus between such assets described

4 below, and such offenses:

5    (1) Toshiba Satellite A205-S5835 Laptop, Serial Number 38358716K.

6    Upon the issuance of a Preliminary Order of Forfeiture and pursuant to Rule

7 G(4)(a)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset

8 Forfeiture Actions, authorized under 21 U.S.C. § 853(n)(1), as incorporated by 18

9 U.S.C. § 2253, and Fed. R. Crim. P. 32.2(b)(6)(C), the United States is not

10 required to publish notice of this order because the forfeitable property is worth

11 less than $1,000.00.  Defendant stipulated in his plea agreement that he is the sole

12 owner of the assets identified in the Indictment and that no one else has an interest

13 in the assets, therefore, there are no reasonably identified potential claimants to

14 directly notice.  The United States Secret Service confirmed that the asset's value

15 is below $1,000.00 and that there are no other known potential claimants.

16    Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B), this Preliminary Order

17 of Forfeiture is final as to the Defendant at the time of sentencing, and is made part

18 of the sentence and included in the judgment.

19    The United States shall have clear title to the above-listed property following

20 the Court's disposition of all third-party interests, or, if none, following the

PRELIMINARY ORDER OF FORFEITURE ~ 2

1  expiration of the period provided in Fed. R. Crim. P. 32.2(c)(2), Rule G(5) and 21

2  U.S.C. § 853(n) as incorporated by 18 U.S.C. § 2253, for the filing of third party

3  petitions.

4      The Court shall retain jurisdiction to enforce this Order, and to amend it as

5  necessary, pursuant to Fed. R. Crim. P. 32.2(e).

6      The District Court Clerk is directed to file this Order and provide copies to

7  counsel.

8      **DATED** this 12th day of September 2013.

          *s/ Rosanna Malouf Peterson*
          ROSANNA MALOUF PETERSON
          Chief United States District Court Judge